**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **RICHARD STANDAFER,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **CAROLYN W. COLVIN, Acting** ) <br> **Commissioner of Social Security,** ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. EDCV14-1541 AJW <br><br> **J U D G M E N T** |

**IT IS ADJUDGED** that defendant's decision is reversed, and the matter is remanded for further administrative proceedings consistent with the memorandum of decision.

February 16, 2016

_____
ANDREW J. WISTRICH
United States Magistrate Judge